JOHN W. COTTON, SBN 54912
jcotton@cgllp.com
COTTON & GUNDZIK LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213/312-1330
Telecopy: 213/623-6699

Receiver for Cherokee Gas Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. LABRY and CHEROKEE GAS SYSTEMS, INC.,<br><br>Defendants. | Case No.: SACV 10-0018 JVS (ANx)<br><br>NOTICE OF RECEIVER'S FINAL REPORT AND MOTION FOR PAYMENT OF FEES AND COSTS<br><br>DATE: September 12, 2011<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 10C |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that John W. Cotton as Receiver for Cherokee Gas Systems, Inc. and its subsidiaries and affiliates (the "Receiver"), has filed the Receiver's Final Report and Memorandum In Support of Motion to (1) Approve a Final Report and Accounting; (2) Approve a Pro Rata Distribution of Assets to Investors; (3) Authorize the Abandonment of Certain Assets and Destruction of Documents and Records; (4) Relieve the Receiver from Further Duties and

1 Liabilities; and (5) Approve the Receiver's request for payment of fees and
2 disbursements ("Final Interim Report and Memorandum").

4      PLEASE TAKE FURTHER NOTICE that on September 12, 2011 at 1:30
5 p.m. in Courtroom 10C of the above-titled court, located at 411 West Fourth
6 Street, Santa Ana, CA 92701-4516, the Receiver will and hereby does move this
7 Court to approve payment of the fees and expenses incurred by the Receiver to
8 date and to direct payment of those fees and expenses from the receivership estate.

10      The Receiver's motion is based upon this notice of motion and motion; the
11 Final Interim Report and Memorandum; the Declaration of John W. Cotton; the
12 reports and supporting documents previously filed by the Receiver in this matter;
13 and, all additional argument and evidence presented to the Court at or before the
14 hearing on the Receiver's motion.

17 DATED: August 8, 2011      JOHN W. COTTON
     COTTON & GUNDZIK LLP

_____
John W. Cotton

Receiver for Cherokee Gas Systems, Inc.
and its affiliates and subsidiaries