JOHN W. COTTON, SBN 54912
jcotton@cgllp.com
COTTON & GUNDZIK LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213/312-1330
Telecopy: 213/623-6699

Receiver for Cherokee Gas Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>THOMAS A. LABRY and CHEROKEE GAS SYSTEMS, INC.,<br><br>             Defendants. | Case No.: SACV 10-0018 JVS (ANx)<br><br>[PROPOSED] ORDER RE RECEIVER'S MOTION FOR PAYMENT OF FEES AND COSTS |

The Court has considered the Receiver's Final Report and Memorandum in Support of Motion to (1) Approve a Final Report and Accounting; (2) Approve a Pro Rata Distribution of Assets to Investors; (3) Authorize the Abandonment and Destruction of Documents and Records; (4) Relieve the Receiver from Further Duties and Liabilities; and (5) Approve the Receiver's request for payment of fees and disbursements. The Court hereby grants the motion as follows:

(a) The Court approves the Receiver's Final Report and Accounting;
(b) The Court approves the Receiver's recommendation for a pro rata distribution of remaining estate assets to investors;

0

(c) The Court authorizes the Receiver to destroy any and all records after providing the SEC with 120 days notice;

(d) The Court authorizes the Receiver to dispose of the Remington sculpture and assorted computer equipment as set forth in this Final Report;

(e) The Court hereby relieves the Receiver from any further duties and liabilities after the distribution referred to in ( c) above; and

(f) The fees and expenses described in the motion in the amount of $8,797.13 are approved and the Receiver is authorized to pay those fees and expenses from the assets of the receivership estate.

Dated: _____          _____
                                  The Honorable James V. Selna
                                  United States District Court Judge

DATED:  August 8, 2011

COTTON & GUNDZIK LLP


_____/s/_____

   John W. Cotton

Receiver for Cherokee Gas Systems, Inc.

[PROPOSED] ORDER RE RECEIVER'S MOTION FOR PAYMENT OF FEES AND COSTS