JOHN W. COTTON, SBN 54912
jcotton@cgllp.com
COTTON & GUNDZIK LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213/312-1330
Telecopy: 213/623-6699

Receiver for Cherokee Gas Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS A. LABRY and CHEROKEE GAS SYSTEMS, INC.,<br><br>    Defendants. | Case No.: SACV 10-0018 JVS (ANx)<br><br>NOTICE OF LODGMENT OF AMENDED PROPOSED ORDER RE RECEIVER'S FINAL REPORT AND MOTION FOR PAYMENT OF FEES AND COSTS |

PLEASE TAKE NOTICE that attached hereto is the Amended Proposed Order on Defendant Labry's Motion to Remove Receiver and Appoint a New Receiver and the Receiver's Opposition thereto, and the Receiver's Final Report and Memorandum in Support of Motion to (1) Approve a Final Report and Accounting; (2) Approve a Pro Rata Distribution of Assets to Investors; (3) Authorize the Abandonment and Destruction of Documents and Records; (4) Relieve the Receiver from Further Duties and Liabilities; and (5) Approve the

Receiver's request for payment of fees and disbursements.

DATED:  October 4, 2011        JOHN W. COTTON
                                COTTON & GUNDZIK LLP


                                ____/s/_____
                                  John W. Cotton

                                Receiver for Cherokee Gas Systems, Inc.
                                and its affiliates and subsidiaries