JOHN W. COTTON, SBN 54912
jcotton@cgllp.com
COTTON & GUNDZIK LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: 213/312-1330
Telecopy: 213/623-6699

Receiver for Cherokee Gas Systems, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS A. LABRY and CHEROKEE GAS SYSTEMS, INC.,<br><br>    Defendants. | Case No.: SACV 10-0018 JVS (ANx)<br><br>ORDER RE DEFENDANT LABRY'S MOTION TO REMOVE RECEIVER AND RECEIVER'S MOTION FOR PAYMENT OF FEES AND COSTS |

The Court has considered Defendant Labry's Motion to Remove Receiver and Appoint a New Receiver and the Receiver's Opposition thereto, and the Receiver's Final Report and Memorandum in Support of Motion to (1) Approve a Final Report and Accounting; (2) Approve a Pro Rata Distribution of Assets to Investors; (3) Authorize the Abandonment and Destruction of Documents and Records; (4) Relieve the Receiver from Further Duties and Liabilities; and (5) Approve the Receiver's request for payment of fees and disbursements. The Court hereby DENIES Defendant Labry's Motion to Remove the Receiver and GRANTS the Receiver's Motion for approval, as follows:

(a) The Court denies Defendant Labry's Motion to Remove the Receiver for the reasons set forth in its tentative order of September 30, 2011;

(b) The Court approves the Receiver's Final Report and Accounting;

(c) The Court approves the Receiver's recommendation for a pro rata distribution of remaining estate assets to investors;

(d) The Court authorizes the Receiver to destroy any and all records after providing the SEC with 120 days notice;

(e) The Court authorizes the Receiver to dispose of the Remington sculpture and assorted computer equipment as set forth in this Final Report;

(f) The Court hereby relieves the Receiver from any further duties and liabilities after the distribution referred to in ( c) above;

(g) The fees and expenses described in the Receiver's Motion in the amount of $8,797.13 are approved and the Receiver is authorized to pay those fees and expenses from the assets of the receivership estate; and

(h) The Receiver shall also be permitted to pay his expenses and costs associated with his opposition to Defendant Labry's Motion to Remove the Receiver in the amount of $ 4,500.

Dated: October 05, 2011   _____
                          The Honorable James V. Selna
                          United States District Court Judge

DATED: October 5, 2011

COTTON & GUNDZIK LLP


_____/s/_____

   John W. Cotton
Receiver for Cherokee Gas Systems, Inc.