JOHN M. McCOY III, Cal. Bar No. 166244
Email:  mccoyj@sec.gov
C. DABNEY O'RIORDAN, Cal. Bar No. 205158
Email:  oriordand@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:  (323) 965-3998
Facsimile:   (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. LABRY, CHEROKEE GAS SYSTEMS, INC., SHEA C. SILVA, and GARY MADDUX<br><br>Defendants. | Case No. SACV 10-0018 JVS (VBKx)<br><br>**JUDGMENT OF MONETARY RELIEF AGAINST DEFENDANT CHEROKEE GAS SYSTEMS, INC.** |

The Securities and Exchange Commission having filed a First Amended Complaint and Defendant Cherokee Gas Systems, Inc. ("Cherokee") having entered a general appearance; consented to the Court's jurisdiction over Cherokee and the subject matter of this action; consented to entry of this Judgment of Monetary Relief Against Defendant Cherokee Gas Systems, Inc. ("Judgment") without admitting or denying the allegations of the First Amended Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Cherokee is liable for disgorgement of $1,635,250, together with prejudgment interest thereon in the amount of $112,093.97, for a total judgment of $1,747,343.97, to be paid within fourteen days of the filing of the Receiver's final accounting in this action.  Pursuant to one or more plans of distribution submitted or to be submitted by John W. Cotton, the Court-appointed receiver of Cherokee, served on the Commission and approved by the Court, Defendant Cherokee shall disgorge all of the funds and assets of its estate, less Court-approved fees and expenses of the Receiver.  As to Cherokee, and no other party, liability under this judgment shall be deemed satisfied in full upon the completion of the aforesaid final distribution in the amount of $75,095 and the filing with this Court of a final accounting by the Receiver.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Cherokee shall comply with all of the undertakings and agreements set forth therein.

/ / /

/ / /

**III.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

IT IS SO ORDERED.

DATED:   November 17, 2011

_____
The Honorable James V. Selna
UNITED STATES DISTRICT JUDGE