JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THOMAS A. LABRY, CHEROKEE GAS SYSTEMS, INC., SHEA C. SILVA, and GARY MADDUX<br><br>　　　　　Defendants. | Case No. SACV 10-0018 JVS (VBKx)<br><br>**JUDGMENT AS TO DEFENDANTS THOMAS A. LABRY AND SHEA C. SILVA** |

The Securities and Exchange Commission having filed with the Court an Application for Entry of Default Judgment Against Defendants Thomas A. Labry and Shea C. Silva (the "Application") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The Court, having considered the Application, the Memorandum of Points and Authorities filed in support thereof, the Declarations of C. Dabney O'Riordan and Michael Thackray filed in support thereof, the complaints filed in this action, all other documents filed in support of the Application, and all other argument and evidence presented in support of the Application, and the Court having granted the Application pursuant to its order of April 19, 2011:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Labry shall pay disgorgement of $1,129,350.18, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $50,762.53, for a total of $1,180,112.71. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Labry as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment. Defendant Labry shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Judgment. In

response to any such civil contempt motion by the Commission, Defendant Labry may assert any legally permissible defense.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Silva is liable for disgorgement of $148,126, representing profits gained as a result of the conduct alleged in the First Amended Complaint, together with prejudgment interest thereon in the amount of $6,658.05, for a total of $154,784.05.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Silva as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment.  Defendant Silva shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.  The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Judgment.  In response to any such civil contempt motion by the Commission, Defendant Silva may assert any legally permissible defense.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Labry shall pay a civil penalty in the amount of $150,000 pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).  Labry shall make this payment within 14 days after entry of this Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange

1  Commission.  The payment shall be delivered or mailed to the Office of Financial
2  Management, Securities and Exchange Commission, Operations Center, 6432
3  General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be
4  accompanied by a letter identifying Labry as a defendant in this action; setting
5  forth the title and civil action number of this action and the name of this Court; and
6  specifying that payment is made pursuant to this Judgment.  Labry shall pay post-
7  judgment interest on any delinquent amounts pursuant to 26 USC § 1961.  The
8  Commission shall remit the funds paid pursuant to this paragraph to the United
9  States Treasury.

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Silva shall pay a civil penalty in the amount of $150,000 pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).  Silva shall make this payment within 14 days after entry of this Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Silva as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment.  Silva shall pay post-judgment interest on any delinquent amounts pursuant to 26 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

**V.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Permanent Injunction as to Defendants Thomas A. Labry and Shea C. Silva previously entered by this Court on April 28, 2011 shall remain in full force and effect.

**VI.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated: November 22, 2011

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

s/ C. Dabney O'Riordan
C. DABNEY O'RIORDAN
Attorneys for Plaintiff
Securities and Exchange Commission